<u>List of Exhibits</u>

A.      Arrest Warrant for Raul ALEXANDER

B.      Arrest Warrant for Adalgisa Zefrin Del Rosario-JIMENEZ

C.      Relevant statutes

D.      Photograph of Raul ALEXANDER

E.      Photograph of Adalgisa Zefrin Del Rosario-JIMENEZ

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAUL ALEXANDER | ) | Case No. 16cr 10004 |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

I hereby certify on 1/13/16 that the foregoing document is true and correct copy of the original filed in the captioned case
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 1/13/16

By: _____ Deputy Clerk

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   RAUL ALEXANDER                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import cocaine and to manufacture and distribute and possess with intent to distribute cocaine for unlawful importation, 21 USC 952, 959(a), 960(a), and 963.

Date:   01/13/2016                                  _Antonia Alves-Baptista_
                                                      _Issuing officer's signature_

                                                      Antonia Alves-Baptista, Deputy Clerk

City and state:   Boston, Massachusetts          ~~Magistrate Judge Jennifer C. Beal~~
                                                      _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ |
| Date: _____                          _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |

Exhibit B

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16 cr 10004 |
| ALDALGISA ZEFRIN DEL ROSARIO-JIMENEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

*I hereby certify on 1/13/16 that the foregoing document is a true and correct copy of the*
☐ *electronic docket in the captioned case*
☐ *electronically filed original filed on*
☐ *original filed in my office on 1/13/16*

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
by Antonia Oliver - Baptista
Deputy Clerk

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALDALGISA ZEFRIN DEL ROSARIO-JIMENEZ                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to import cocaine and to manufacture and distribute and possess with intent to distribute cocaine for unlawful importation, 21 USC 952, 959(a), 960(a), and 963.

Date:   01/13/2016                                   _____
                                                                      *Issuing officer's signature*

City and state:   Boston, Massachusetts                    Magistrate Judge Jennifer C. Boal
                                                                      *Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ |
| Date: _____                              _____ |
|                                                                      *Arresting officer's signature* |
|                                                                      _____ |
|                                                                      *Printed name and title* |

Exhibit C

**Title 21, United States Code, § 963.   Attempt and conspiracy**

   Any person who attempts or conspires to commit any offense defined in this subchapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

**Title 21 U.S.C. §952(a).   Importation of controlled substances**

(a)  It shall be unlawful to import into . . . the United States from any place outside thereof, [cocaine]. . . .

**Title 21, United States Code, § 959.   Possession, manufacture, or distribution of controlled substance**

(a)  **Manufacture or distribution for purpose of unlawful importation**

   It shall be unlawful for any person to manufacture or distribute a controlled substance [including cocaine]—

\* \* \*

   (2) knowing that such substance or chemical will be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States.

\* \* \*

**Title 21, United States Code, §960.   Prohibited acts A**

  **(a) Unlawful acts**

   Any person who —

\* \* \*

   (3) contrary to section 959 of this title, manufactures, possesses with intent to distribute, or distributes a controlled substance,

\* \* \*

**(b) Penalties**

(3) In the case of a violation of subsection (a) of this section involving a controlled substance in Schedule I or II . . .

the person committing such violation shall be sentenced to a term of imprisonment of not more than 20 years . . . a fine . . . or both. . . .

Exhibit D



